TELEPHONE (212) 349-9190

**MARTIN J. SIEGEL**
ATTORNEY AND COUNSELLOR AT LAW

*Suite 800*
*111 John Street*
*New York, NY 10038-3180*
*Fax (212) 349-1451*

Member of the Bar of:
New York
California
District of Columbia

September 20, 2013

Honorable Brian M. Cogan
United States District Court
222 Cadman Plaza
Brooklyn, NY 11201

Dear Judge Cogan,

RE: United States of America v. Steve Dove 12 CR 391(BMC)

I am counsel for the defendant Mr. Steve Dove.

This matter is presently set down for sentencing on Friday October 11, 2013.

As of this date, the defense and prosecution have not received the pre-sentence report for Mr. Dove. I have spoken with Probation Officer Ms. Erin Stewart who advises me that the Pre Sentence Report has not been completed. Based upon my conversations with Ms. Stewart a realistic date for sentencing would be in late November or early December.

Therefore I request that the date for sentencing be adjourned from October 11th until one of the following dates: December 2, 3, 5, 12 or 13, 2013.

I have communicated to Samuel Nitze Esq. the Assistant in Charge of this matter of this request for adjournment. To date I have received a response.

Your favorable consideration of my request is gratefully appreciated

– 2 –                               September 20, 2013

Respectfully Submitted,

/S/

MARTIN J. SIEGEL

MJS/gk


cc- - Samuel Nitze Esq.
     US Attorney's Office
     Via ECF