MEMORANDUM TO
THE HONORABLE BRIAN M. COGAN
United States District Judge

**RE: Steven Dove**
**DOCKET #: 12-CR-391**

### *REQUEST FOR ADJOURNMENT OF SENTENCE*

The above-noted defendant is pending sentence before Your Honor after having been found guilty of a cocaine distribution offense, and sentencing is scheduled for December 12, 2013.

The probation officer assigned to prepare the Offense Conduct section of the presentence report, Jeremy Neiss, was unable to complete that section prior to commencing paternity leave on November 14, 2013. Accordingly, we respectfully request an adjournment of sentence until late January 2014, to allow for sufficient time for Officer Neiss to complete the Offense Conduct portion upon his return to the office in mid-December. We apologize for any inconvenience this may cause the Court.

\_\_\_\_ Adjournment Request Granted. New sentence date is _____.

\_\_\_\_ Adjournment Request Denied.

\_\_\_\_ Other _____

Comments: _____

| | |
|---|---|
| The Honorable Brian M. Cogan<br>United States District Judge | Date |

Respectfully submitted,

Eileen Kelly
Chief U.S. Probation Officer

Prepared By:

Vita Quartara
Supervising U.S. Probation Officer

cc: Matthew Amatruda, Esq. (AUSA)(by email)
      Martin J. Siegel, Esq. (Defense Attorney)(by email)